FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MUHAMMED Z. TILLISY,<br><br>                Plaintiff,<br><br>v.<br><br>COLONEL MUAMMAR QADHAFI and SAIF AL-ISLAM QADHAFI,<br><br>                Defendants. | No. 4:19-cv-05043-SMJ<br><br>**ORDER DISMISSING ACTION** |

On March 26, 2019, Plaintiff Muhammed Z. Tillisy filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, while a prisoner at the Washington State Penitentiary. ECF No. 1. He sought leave to proceed *in forma pauperis*, ECF No. 2, but did not use the proper form and did not comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint.

By letter dated March 26, 2019, the Clerk's Office advised Plaintiff of these deficiencies and asked him to remedy them. ECF No. 3. The Clerk's Office provided him with an application form to proceed *in forma pauperis* to complete

ORDER DISMISSING ACTION - 1

and return. *Id.* Plaintiff did not comply with these directives and filed nothing further.

On May 31, 2019, this Court ordered Plaintiff to submit a completed application to proceed *in forma pauperis* and to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding March 26, 2019 within **21 days** of the date of that Order. ECF No. 5. In the alternative, Plaintiff was advised he could pay the full $400.00 filing fee. *Id.* Plaintiff was cautioned that his failure to do so would result in the dismissal of this case. *Id.* Plaintiff has neither paid the filing fee nor supplied the *in forma pauperis* application and the six-month inmate trust account statement (or institutional equivalent) by the due date, June 21, 2019.

Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee or *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

//

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and close the file.

**DATED** this 30th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION - 3